### 5623.  HENRY *v.* GEORGIA AND FLORIDA RAILWAY.

WADE, J.  The evidence adduced in behalf of the plaintiff was sufficient to support legitimate deductions and inferences from which the jury might have been authorized to find in favor of the plaintiff, and the court therefore erred in awarding a nonsuit.

*Judgment reversed. Broyles, J., not presiding.*
DECIDED FEBRUARY 18, 1915.  ·

Action for damages; from city court of Douglas—Judge McDonald presiding.  February 25, 1914.

*Chastain & Henson, W. B. Bennett,* for plaintiff.

*William H. Barrett, McDonald & Willingham, J. Willis Dart,* for defendant.